PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

# IN THE UNITED STATES DISTRICT COURT

FOR THE **Northern** DISTRICT OF TEXAS

**Fort Worth** DIVISION

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
DEC 11 2020
CLERK, U.S. DISTRICT COURT
By \_\_WC12:35\_\_

**DERRICK M. WEBSTER**
PETITIONER
(Full name of Petitioner)

**Michael Unit**
CURRENT PLACE OF CONFINEMENT

vs.

**TDCJ Director Boby Lumpkin**
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner)

**1155256**
PRISONER ID NUMBER

**4-20CV-1322P**
CASE NUMBER
(Supplied by the District Court Clerk)

## INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**What are you challenging?** (Check all that apply)

- [x] A judgment of conviction or sentence, probation or deferred-adjudication probation. (Answer Questions 1-4, 5-12 & 20-25)
- [ ] A parole revocation proceeding. (Answer Questions 1-4, 13-14 & 20-25)
- [ ] A disciplinary proceeding. (Answer Questions 1-4, 15-19 & 20-25)
- [ ] Other: _____ (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**

Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: **372ND DISTRICT COURT OF TARRANT COUNTY**

2. Date of judgment of conviction: **FEBRUARY 7, 2003**

3. Length of sentence: **SIXTY-FIVE (65) YEARS**

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: **0866501R**

-2-

**Judgment of Conviction of Sentence, Probation of Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☒ Not Guilty  ☐ Guilty  ☐ Nolo Contendere

6. Kind of trial: (Check one)  ☒ Jury  ☐ Judge Only

7. Did you testify at trial?  ☒ Yes  ☐ No

8. Did you appeal the judgment of conviction?  ☒ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? 2ND COURT OF APPEAL       Cause Number (if known): 02-03-00051-CR

   What was the result of your direct appeal (affirmed, modified or reversed)? Affirmed

   What was the date of that decision? FEBRUARY 7, 2003

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: NA

   Result: NA

   Date of result: NA       Cause Number (if known): NA

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: NA

   Date of result: NA

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.  ☒ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: TARRANT County CourtHouse

    Nature of proceeding: By trial

    Cause number (if known): 3:13-CV-3867-B-BN

-3-

stamped date from the particular court: AROUND AUGUST OF 2014

Grounds raised: INAFACTIVE OF COUNSEL, FALS IMPRISONMENT, HABITUAL OFFENDER SENTENCES DISPROPORTIONATE to the CRIME.

Date of final decision: _____

What was the decision? DISMISSED

Name of court that issued the final decision: TARRANT COUNTY COURT HOUSE.

As to any second petition, application or motion, give the same information:

Name of court: Ft. WORTH TARRANT COUNTY

Nature of proceeding: By CORRESPONDENCE

Cause number (if known): 372-W011751

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court:
MAY 18 2020

Grounds raised: INAFACTIVE OF COUNSEL, FALS IMPRISONMENT, MENTAL INCOMPATENT, HABITUAL OFFENDER SENTENCE DISPROPORTIONATE to the CRIME.

Date of final decision: 9-2-20

What was the decision? DISMISSED WITHOUT WRITTEN ORDER.

Name of court that issued the final decision: CRIMINAL APPEALS OF TEXAS

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition? ☒ Yes ☐ No

(a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: WICHITA COURT HOUSE OF TEXAS

(b) Give the date and length of the sentence to be served in the future: 5 YEARS SENTENCE

-4-

(continued) Have you completed the petition attacking the judgment for the sentence you must serve in the future? ☐ Yes ☐ No

**Parole Revocation:**

13. Date and location of your parole revocation: _____

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation? ☐ Yes ☐ No

    If your answer is "Yes," complete Question 11 above regarding your parole revocation.

*N/A*

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon? ☐ Yes ☐ No

16. Are you eligible for release on mandatory supervision? ☐ Yes ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

    Disciplinary case number: _____

    What was the nature of the disciplinary charge against you? _____

18. Date you were found guilty of the disciplinary violation: _____

    Did you lose previously earned good-time days? ☐ Yes ☐ No

    If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

    Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: _____

*N/A*

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure? ☐ Yes ☐ No

    If your answer to Question 19 is "Yes," answer the following:

    Step 1 Result: _____

-5-

Step 2  Result: _____ N/A _____

Date of Result: _____ N/A _____

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

    CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** False imprisonment, illegal search and seizure

   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

   I was approached by office R. Martinez on Nov. 3 2001 without propable couse who ask me what I have wraped in a cloth in my hand. I violenteer to show the officer that I had a crack pipe.

B. **GROUND TWO:** Inafactive of counsel

   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

   My appointed attorney A. Matthew who at the time was an traffict Judge. who Refuse to produce an motion to surpressed in a timely manner but waited over 5 months to produce this motion to surpressed.

-6-

Ground One Contenue

1.

Officer Martinez start searching me and found 4 to 5 Rock Cocain so I was arrested and taking to Ft. Worth Tarrant County Jail and the officer never read me my rights.

2.

Ground 2 Contenue

Due to my attorney incompatent I was denied a speedy trial and to the fact that the motion to surpressed wasn't filed in a timely manner I was held in custody against my will and was charged with an assault on a public service. It was than after I was convicted of an assualt on a public service sentenced to 65 years, on February 7, 2003 at this time in trial my attorney produced this motion to surpressed and the case was dismissed.

Contenue ground three

My evaluation was not completed to make a full diagnoised so the DA question of Bethen I was mental illness, was never a no or yes. But the matter was ignored by the state. Finally while in prison I was evaluated in the year of 2005 by a free world psychologist whose report shows I am diagnosed with maltable disorder, depressed mood, posttraumatic stress disorder, poly-substance dependance, and antisocial personality disorder.

C. **GROUND THREE:** Mentally ill incompetent ignored

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During Trial my Free world psychologist who work at the time where I once Attended the Day Haven mental health program for major depressed And Awaiting more evaluation in 2001. He testify some of my illness.

D. **GROUND FOUR:** Habitual offender Sentences Disproportionate to the crime.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I the petioner was charged and convicted of an assualt without a weapen on a public Service and was tried as an Habitual offendent due to two none fellony cases of none violance, And was sentanced to 65 years.

21. Relief sought in this petition: Revers or Aquit

-7-

22. [...] conviction, parole revocation or disciplinary proceeding that you are attacking in this petition? ☐ Yes ☑ No
If your answer is "Yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice, or (c) denied.

_____N/A_____

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition, as required by 28 U.S.C. § 2244(b)(3) and (4)? ☐ Yes ☑ No

23. Are any of the grounds listed in question 20 above presented for the first time in this petition? ☐ Yes ☑ No

If your answer is "Yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____N/A_____

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. _____N/A_____

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Attorney Matthew K.
(b) At arraignment and plea: Attorney Matthew K.
(c) At trial: Attorney Matthew K.
(d) At sentencing: Attorney Matthew K.
(e) On appeal: Attorney A. Pearson
(f) In any post-conviction proceeding: None

-8-

(g)     On appeal from any ruling against you in a post-conviction proceeding: _____

NA

**Timeliness of Petition:**

26.     If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

I have an E.A. score of 3.0 and I lack the knowledge of the state and federal laws. My two attorney never inform me my right to file an 11.07 I only learned it by Jail House lawyers who to this day gave me all the materials to file, in which was at least 6 to 8 years later.

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –

    (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

    (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

__10-15-20_____ (month, day, year).

Executed (signed) on __10-21-20_____ (date).

*Derrick Webster*
Signature of Petitioner (required)

Petitioner's current address: __Michael Unit 2664 FM 2054 Tennessee Colony, TX 75886__

–10–

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

9/2/2020
WEBSTER, DERRICK MAURICE   Tr. Ct. No. C-372-W011751-0866501-C   WR-76,017-03
The Court has dismissed without written order this subsequent application for a writ of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).
                                                                          Deana Williamson, Clerk

DERRICK MAURICE WEBSTER
MICHAEL UNIT - TDC # 1155256
2664 FM 2054
TENNESSEE COLONY, TX  75886



Derrick Webster #1155256
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Clerk
U.S. District Court
Northern District of Texas
501 West 10th St 310
Fort Worth TX 76102-3673

Case #?
New?